No: 23-2664

Johnny A. Johnson

Appellant

v.

David Vandergriff, Warden

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00845-MTS)

---

Before KELLY, GRASZ, and ERICKSON, Circuit Judges

**AMENDED ORDER**

     Appellant's motions for permission to file an overlength Certificate of Appealability and Replies are granted. It is further ordered that appellant's Motion for a Stay of Execution is granted. Appellant's Application for a Certificate of Appealability is granted, limited to the claim that he is incompetent to be executed. Judge Grasz would deny the Application for a Certificate of Appealability and the Motion for Stay of Execution.

The following briefing schedule is established:

Appellant's opening brief is due 9/5/23.
Appellee's brief is due 30 days following service of brief of Appellee.
Appellant's reply brief is due 21 days following service of brief of Appellee.

July 25, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans