# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2664

Johnny A. Johnson

Appellant

v.

David Vandergriff, Warden

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00845-MTS)

---

**MANDATE**

In accordance with the judgment of July 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 29, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit